UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHAI LUONG, | Case No. C19-1923RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:  On December 30, 2019, the Court dismissed all of Plaintiff Khai Luong's claims with leave to amend.  Dkt. #8.  Plaintiff was given notice that failing to file an amended complaint within 30 days would result in this case being closed.  Plaintiff has not filed a timely amended complaint or otherwise taken any action.

Given all of the above, this case is now CLOSED.

DATED this 3rd day of February, 2020.

WILLIAM McCOOL, Clerk

By:    /s/ Paula McNabb
         Deputy Clerk

MINUTE ORDER - 1